Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
RALPH A. SCHWARTZ, P.C.
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 888-5291
Facsimile: (702) 888-5292
mail@888law1.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL M. SILOS, an individual; ATHLENE GRANA SILOS, an individual; and AVEN SILOS, a Minor, by and through his parent and natural guardian, ATHLENE GRANA SILOS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02422-JAD-CWH<br><br>ECF Nos. 3, 10 |

**STIPULATION AND ORDER FOR DISMISSAL *WITHOUT* PREJUDICE**

IT IS HEREBY STIPULATED by counsel for their respective parties that all claims which were brought, or could have been brought in Case No. 2:17-cv-02422-JAD-CWH, shall

/ / /

/ / /

/ / /

-1-

be dismissed without prejudice, each party to bear their own attorney's fees, costs, and interest.

Dated this 13th day of October, 2017.

RALPH A. SCHWARTZ, P.C.

/s/ Ralph A. Schwartz, Esq.
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Plaintiffs

Dated this 13th day of October, 2017.

RANALLI ZANIEL FOWLER
 & MORAN, LLC

/s/ Benjamin J. Carman, Esq.
George M. Ranalli, Esq.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
2400 West Horizon Ridge Pkwy.
Henderson, Nevada 89052
Attorneys for Defendants

## ORDER

Based on the parties' stipulation [10] and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED**, each party to bear its own fees and costs. The Motion to Dismiss **[3] is DENIED** as moot, and **the 11/6/17 hearing [4] is VACATED**. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
October 16, 2017

SUBMITTED BY:

RALPH A. SCHWARTZ, P.C.

/s/ Ralph A. Schwartz, Esq.
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Plaintiffs

-2-